PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Abdelatif, Abdel                              Cr.: 04-CR-00133-001
                                                                 PACTS #: 36420

Name of Sentencing Judicial Officer: The Honorable Jose L. Linares

Date of Original Sentence: 08/25/05

Original Offense: Bankruptcy Fraud

Original Sentence: 12 months and 1 day imprisonment; 3 years supervised release

Type of Supervision: Supervised Release                Date Supervision Commenced: 10/11/06

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failure to satisfy restitution obligation. |

U.S. Probation Officer Action:
The probation office recommends the case expire as scheduled since the restitution order remains imposed as a final judgement. The offender has been instructed to continue payments to the Clerk's Office. The Clerk's Office will be informed of this pending expiration, and instructed to continue payments.

Respectfully submitted,

By: Leslie M. Vargas
U.S. Probation Officer
Date: 10/02/09

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

10/8/09
Date